FILED
2022 FEB 3
CLERK
U.S. DISTRICT COURT

Ana Maria Ravines de Schur
3848 S. West Temple, P.O. Box 50
Salt Lake City, UT 84115

# In The United States District Court
# For the District of Utah

| | |
|---|---|
| Ana Maria Ravines de Schur<br><br>Plaintiffs,<br><br>vs.<br><br>State of Utah<br><br>Defendants, | **MOTION TO REQUEST MERGING CASES TO JUDGE ABERG**<br><br>CASE No. requested to merge:<br>• 2:22-CV-039<br>• 2:22-CV-00061-DAO<br>• 2:22-CV-00013-DAO<br>• 2:22-CV-00054-OMR<br><br>**JUDGE DAPHNE ABERG** |

PLAINTIFF ANA MARIA RAVINES DE SCHUR is facing a debilitating crisis. :

Nathan Schur cannot be accessed.  Plaintiff is trying to cope with intense difficulties trying to locate her son.  The Medicaid system is trying to reassign a therapist to help Plaintiff out.  Plaintiff is seeking to find a lawyer through the Utah Disability Law Center.  But, this service is not responding.

Jessica Johannes ,recently relocated to the State of Colorado and wishes to withdraw from the case she started ( 2:22-CV-00013 DAO ). Jessica Johannes and Ana Maria Ravines de Schur hold no personal relationship.

Ana Maria Ravines de Schur is dealing with a complex crisis that demands mental health support that she cannot find in full at the moment through the Medicaid services provided in Utah.  The "system" is blocking the Plaintiff's demands out, because the existence of her complaints risks the State of Utah's Contractors access to funding through refugee-related human services that are not being supervised.

Plaintiff Ana Maria Ravines de Schur requests the same Judge may possibly look into all her cases, as opposed to having to respond to a diversity of Magistrate judges in cases that are interrelated and originate in the same basic conflict of interest.

Plaintiff Ana Maria Ravines de Schur recognizes that her son Nathan Schur has never received the needed mental health therapy that the whole family has needed since the family left Germany.

Nathan Schur has admitted in many instances that he has terrible headaches and cannot sleep, is too worried, etc. But, when Plaintiff Ana Maria Ravines de Schur asked him to please let us find a therapist, he fears that the "system' will allocate him in a mental asylum. He then becomes very anxious and that Plaintiff can see is how he makes efforts to look normal, although he needs help.

All of the Plaintiff's sons are suffering on different levels of PTSD.  None is being properly treated.  The State of Utah "system" is flooded with unlicensed "mental health caregivers" who have no experience in trauma therapy. They also do not know how to

respond, when the clients rise up with well-founded arguments that compromise the non separation of church and state in the State of Utah, as the complaint 2:22-CV-039 demonstrates.

Plaintiff is asking the court to please merge all her pending cases to the same judge, because she needs not only reliable legal advice by a federal or international decision maker, but it would be much simpler to have one judge look into the complex situation that these years of living in Utah have caused. In reality, the cases are interrelated and not to be handled as isolated from each other.

Plaintiff is being given the right to move out of the State of Utah with a federal voucher. This would represent a solution as to leaving behind a culture that too often resembles the worst nightmares from Nazi Germany, except that the history of Utah with Mystical Racist Ideology and hate against people of color has lasted longer than that of the Nazis in Germany.

Plaintiff was getting ready to organize.a family transfer out of the State of Utah to the State of Colorado, in hopes of not having to deal with Mormons in public office messing up against her family like it is happening in Utah.  But the house that she found in the State of Colorado burned into ashes on December 31 when there was a fire in Denver County that destroyed six hundred homes.  Plaintiff does not don't want to deal with the culture of Utah any longer. Repeated traumatizing incidents, like being insulted for being black inside a mormon church in Salt Lake City (by the First Counselor of the local Bishop). Series of such programmatic responses to their diversity by persons in Utah who have been raised under the prerogatives of their racist leaders' ideologies have only contributed to retraumatize the family.

The history of the State of Utah is too horrendously racist to for a person of color with some level of historical knowledge to feel safe and find safe haven among a population that has been nestled to hate skin color.  The current situation in the State of Utah is that the leaders try to forget their own past participation in the generation of a population of Germanic people for the domination of the economy, while they omit any direct responses to the harms that the superior population brings up against those who were traditionally segregated  by a religious freedom infamy.

None of the family Ravines de Schur / Schur's disabilities is going to get better in Utah, unless a revised arrangement by the Federal Government may allow the family to survive independently of the abusive cycles described in this experience.

Plaintiff is seeking to form an independent business to provide employment and security for her family.  A separate document with those efforts will be submitted in a motion to the court.

To evade duplications and confusions, Plaintiff will submit all her motions (if acceptable) under the existing four Case numbers. These are:

- **2:22-CV-039**
- **2:22-CV-00061-DAO**
- **2:22-CV-00013-DAO**
- **2:22-CV-00054-OMR**

The Children of the Schur family do not feel like dating the heirs of the Mormons, because of the existing genetic dysfunctions that were generated by inbreeding practices encouraged by the religious leaders in their population.

Plaintiff has worked helping women to escape Polygamy in Utah in the past. The preponderance of genetic dysfunctions among the heirs of the original founders cannot be ascribed only to the members of the FLDS community, not only because all these groups come from the same origin, but also because the members of group A, B and C can interpose easily among the groups. It is impossible to assume that a person who claims to be LDS is free of genetic inheritable dysfunctions, and as they argue, that "only the FLDS" are caught in the problems caused by endogamy.

Plaintiff's older son has developed a complexity of traumas after he understood that one of his "girlfriends" went into drugs and ways of self destruction after she discovered that the genetic inheritable problem was running quite often in her family.  The young lady went to talk to her father, bishop and other local advisors. All of them counseled her to forget the past and have a lot of children. This is irresponsible mental health advise that led the girl to suicidal tendencies.

Plaintiff is still trying to find a way to survive in the State of Utah while creating her own bridges to other cultures and other peoples. The culture in Utah is too damaged by the consequences of these Mystical Racist ideologies that have driven a population into the neurotic reactions against people of color. The same problematic personalities are called to function as managers of federal programs that are being misrepresented, as it has occurred with the funding for refugee contracts that are silently rerouted into trying to coerce the refugees to become members of the Mormon church for the refugee support services that are actually funded by the Federal Government. These activities are a violation of Federal Laws and Agreements with the local State Contractors to the Federal Government.

The culture in Utah is more horrible than all the madness that the family left behind in Germany, because there is a condition of subversive denial that punishes those who are victimized for knowing the history of the Mormons and why they are acting so incoherently to date. And there is the obsession for the taboos being kept unspoken. Numerous blacks intermarried in Utah and bore children with genetic dysfunctions. This is not a normal state and not a normal integration process for a family of color.  Plaintiff should be treated accordingly and not under the suppression that punishes the minorities for defending their rights in the real knowledge of the history and developments that have brought the state of Utah to its current dysfunction.

Printed Name: Ana Maria Ravines de Schur

*[signature]*

Signature / Dated February 3, 2022.