**ANA MARIA RAVINES DE SCHUR**

amravinworks@gmail.com
August 31, 2018

GERMANIC RACE IDEOLOGIES
Cultic Genetic Experiments in Nazi Germany and the Polygamist United States
An Intercultural Comparison
by: Ana Maria Ravines de Schur
B.A. Intercultural Education, B.A. German, The University of Utah 2007

I was born in Lima, Peru. I grew up in the middle of terrorism violence in my native Lima. In 1982 I became a German citizen by marriage in Peru to a teacher from Germany.  After arriving to Germany and learning the language, I found out that my mother in law was a volunteer of the Nazi Lebensborn Program for the Reproduction of the Aryan Race. The males in the family were former Nazis and members of the SS. As a result of the war, all the men and women in that family suffered from alcoholism, behavioral problems, mental problems, inability to bear children and backslashes into xenophobia and violence against women. I was granted Political Asylum from Germany granted in Manhattan New York, February 2002. I am a refugee in the United States. My experience as an immigrant to the USA has been quite complex, because I immigrated first to Utah, a beautiful state that contains too many similitudes to Nazi Germany's Program For The Reproduction of the Aryan Race.

My interest in the problems faced by Germany after WWII led me to study German at the University of Utah. Although I first arrived to Utah hoping to find a perfectly pure Christian population, what I found was a parallel eugenic society very similar to the Germanic population I had left behind, that instead of a Nazi politician, had a "Prophet" at the top of the hierarchical pyramid. Many other characteristics of the culture I found among the Mormons were similar to the problems I left behind in Germany, like the indoctrinated racism, violence against women and collective denial of their existing mental problems.   Every time I returned to Germany after finishing German studies in Utah, I tried to seek more research on the subject. My interest led to my own conclusions, some of which that I share in this short article.

Through the years that I lived in the State of Utah, it was hard to find home in a state that carries such a long history of sexual depravation that affected women while it degenerated in systemic racist ideologies, in similar ways to how the Lebensborn

Nazi Program affected the female population of Germany and Europe after WWII, leading massive numbers of females to the destruction of their desires to form families and to have children (currently known as the European Negative Population Growth).

The history of Polygamy and Inbreeding in Utah resembles one of the most distasteful, yet broadly unknown historical events mirroring the implanted prejudices of Nazi Germany that I have been exposed to as a German citizen after seventeen years of living, working and studying as a naturalized German among the "real" Germans. In spite of efforts for Denazification, the German culture remains ideologically loaded with racially based pseudo-science and mystical superstition.

Through this document I try to describe parallelisms and fundamental differences that I found between two mass genetic experiments of Whiteness, the German Lebensborn Nazi Program (1935 to 1945) and in the United States since the inception of polygamy in Utah, in 1835 until the present time.

## LEBENSBORN AND POLYGAMY: SIMILARITIES AND DIFFERENCES

The histories of Utah Polygamy and the German Lebensborn, including the Nazi Brothels are similar, in that the State of Utah and Nazi Germany created a racist ideology that later justified the abuses committed against those who weren't white. A fundamental difference is that in the United States, the Mormons implemented their genetic experiment protected by their right to religious freedom, with a white male acting as the Prophet of a coercive religion commanding the crowds to keep reproducing, even after they incepted the **Fumarate Aciduria** by inbreeding in small groups on secret premises, to evade governmental persecution.

In Germany, Eugenics became a mandatory political ideology that was punished with prison and death for those who did not agree, so the Nazis had mano libera to keep inseminating genetically attractive females across Central Europe with the Lebensborn "Nazi sperm." While the Mormons succeeded in generating a genetic dysfunction by inbreeding, the Nazis procreated numbers of new births with females who existed outside their closest genetic family types, which produced better subjects and no risks of physical degeneration in the new births.

The genetic experiment of Lebensborn in Germany targeted Jews, Gypsies, Gays and other "Life unworthy of living" for their economic exclusion first and extermination next.  In Utah, the LDS religion excluded non-Whites from the human

**Uncouth**:

uncivilized, uncultured, uncultivated, unrefined, unpolished, unsophisticated, bush-league, common, plebeian, low, rough, rough-hewn, coarse, loutish, boorish, oafish, troglodyte; churlish, uncivil, rude, impolite, discourteous, disrespectful, unmannerly, bad-mannered, ill-bred, indecorous, crass, indelicate; vulgar, crude, raunchy.

breeding pool, by explaining that God had revealed by inspiration to a White human male that Whites were delightsome in the kingdom of the Pre-Existence (a new dogma created for the eugenics purpose passed into tax exemption as a religion).

The Mormon Prophet implied in his inspired Book of Mormon, that blacks had always been lazy, dirty and **uncouth**, even before they were born black for this "dispensation." Miscegenation with non-whites was proscribed. The Mormons' religious books, that had no archaeological or historical basis, became of paramount importance to the Mormons. Secrecy implied their obligatory silence about the indoctrination that would be given to their followers inside the temples.

The new mystical race ideology of the Mormons in time allowed for racial and economic discrimination, prejudice, xenophobia and many forms of bigotry, justified against those who lost the favoritism of a God who is White, who procreates with plural wives and who has faithfully given to these White Males the "Only True Gospel" through the words of inspiration of Joseph Smith, a treasure hunter.

## SEXUAL CONTROL INSIDE THE MORMON TEMPLES

When I went through the ceremony of the "washing and anointing" to receive the white underwear ("garments") in the Mormon Temple of Frankfurt, Germany, 1991, I had to undergo a surprisingly repulsive secret ceremony in which my body was stripped naked and covered with just a white sheet.

Among the many absurdities that were "revealed" to me and to my husband in the LDS Frankfurt Temple about life in the world to come, the persons who led that ceremony taught us that in the resurrection he would be a polygamist, and I, a black woman, would be born white. A pledge of silence was demanded from both of us.

I was also led to a secret chamber inside that temple, where an unknown person, a female, wet her hands in a ritualistic bowl and slipped her wet fingers under my robes touching my naked body, while she verbally gave me "the blessings" of reproduction, intelligence, wealth, etc. I remember I left that temple feeling nauseated at the memories of that woman touching my nudity without asking first.

Who gave a stranger woman the right to touch my body that way in such an unannounced situation? Why was I made to reproduce life-threatening histrionics promising to keep all that aberrant ceremony silently, "or else…?" (neck cutting histrionics were imposed on those who were forced to remain silent after leaving the temple). I have been told by faithful Mormons who swear that the ceremony has

been changed in time, that the temples are not doing the sticky wet fingers on nude visitors receiving the endowments.

But, what about White people who have been brainwashed with such absurd mind control histrionics and rites that only create racist prejudice and sexual ideologies?

## WHY RACE MISCEGENATION WAS PROSCRIBED IN POLYGAMY

The children of Native Americans, Blacks and other indigenous races would not be seen as genetically desirable among the new formed Mormon religion. The Book of Mormon shared many of the most horrendous racist verses ever written in a Western Theology claiming to be "Christian", with the exception of the Martin Luther's letters against the Jews.

While Martin Luther was a real person, for whom the Lutheran Church has historically apologized in public, the Mormons cannot apologize for a "revelation" that was sent to a young treasure-digger  named Joseph Smith by God, through the hands of an invisible angel who never showed up again. Also, the angel took the golden plates that proved the existence of the Book of Mormon with him: There is no physical evidence that the plates ever existed, except in the imagination of the followers, who are demanded to believe in these stories and remain silent, as a testimony of their "faith." The many subsequent editions of the Book of Mormon keep becoming less racist as people keep asking more valid questions in time.

Polygamy in Utah was intended to reproduce white people while discriminating other races from the eugenics effort of reproducing a ruling elite of "White and delightsome" believers, under the mandatory mystical ideology of a spiritual invention that was astutely claimed by the founders as a new religion that took possession of all possible advantages and first fruits of the economy. They created an economic system that would remain reserved for their own, believing, White Population only. But, by doing so, they practiced the polygamy in secret, inbreeding.

## INBREEDING: YES IN POLYGAMIST UTAH, NOT IN NAZI GERMANY

The Mormons designed a religion that sought to boost their Germanic human population through controlled breeding based on the demonization of Blacks and Indians. Eugenics was developed by Francis Galton to develop the human race. When the Nazis were defeated, Eugenics was publicly exposed, but not in Utah.

In spite of the similarities and parallelisms that mirror the effort of both Nazis and Mormons in accomplishing a state-based mass breeding of White folks for the

service of their own national and economic interests, the styles of breeding of the Nazi Germany's Lebensborn Program and Utah's Mormon Polygamy are different, in that the Nazis avoided the genetic harms of inbreeding.

While Mormons and Nazis supported eugenics with mysticism, the Germanic Mystical Race Ideology that influenced Anthroposophy, that the Nazis practiced the mass-breeding on the bodies of so called "racially purest chosen Aryans." By inseminating their "Nazi Sperm" through larger sectors of the European countries that they conquered, like Poland, Norway and Germany the Nazis breeding created genetic diversity. By contrast, in the United States the Polygamists had to practice their criminal sex-prophecy in hiding, using minor girls, inbreeding within very close family circles; their activity reduced the genetic variety needed for healthy horses and healthy dogs to give birth to stronger breeds, left alone healthy human beings.

## FUMARATE ACIDURIA, A GENETIC DYSFUNCTION OF POLYGAMY

As a consequence of the Mormons' inbreeding in hiding by using smaller numbers of female "vessels" to reproduce the God-believing White race, the polygamists generated a genetic dysfunction that still runs around among their descendants. Babies born with the Fumarate Aciduria disorder show similar symptoms to humans affected by Down Syndrome, a congenital disorder. The LDS Culture refuses to discuss this topic openly. LDS and FLDS people equally respond in conversations around the topic, that "there is no evidence that this genetic dysfunction is even real among us!" They often misquote statistic numbers, attempting to counter argue.

New Members coming from unaware countries to the polygamist affected areas of the U.S. Mountain-land, are not informed of the potential genetic dysfunction that their new born children may be born with, when one parent coming from elsewhere in the world intermarries one of the heirs of the Polygamist Pioneers who incepted the genetic dysfunction. At the present time, there are many illegal and legal immigrants arriving to the Mormon State, as the LDS Church guarantees legal immigration to many illegal immigrants, for as long as they may keep belonging to the religion. Many of these immigrants are intermarrying the genetically dysfunctional Mormon population, with no warning on the genetic risks.

## RESEARCH STUDIES: FUMARATE ACIDURIA IS KEPT "INVISIBLE"

Research Studies around the Fumarate Aciduria Genetic Dysfunction have persisted being made systemically "invisible" to the broad public, possibly through financial pressure by the Mormons. The public often ignores how to access government

document depositories, as such libraries may contain information that the average public websites created by individual bloggers and private interests do not always broadcast, or are forced to deactivate by Mormons' threats, also by death threats.

Individual bloggers may not want to incur in the error of publishing such information in their blogs, for fear from the retaliation that the Mormons exert against those who publicly oppose their cult. People are terminated from jobs after they posted publicly cases that are under-represented by the mainstream media paid by the Mormons in Utah to circulate disinformation in the culture, giving the impression of "news" that in reality misinform.

Government Document Depositories are virtual libraries that contain databases of the being done on themes that remain under-represented by Facebook, Twitter, Google, or Yahoo.  Instead, the ruling elites in Utah continue to allocate their stock in the psycho pharmaceutical industry. It is interesting to counterbalance the lack of studies in Fumarate Aciduria with the existing over-funding that the chemical corporations receive for advertising that puts large numbers of human beings, mostly women, minors and young adults, in psychopharmacological medication, resulting in side-effects of depression and alarming numbers of suicides.

## DISINFORMATION AND GENETIC FRAUD FORGED AS RELIGION

I have observed cases, their names left aside for privacy concerns, where i.e., a Father came from Europe with his small family to Utah, his children intermarried heirs of the Pioneering Polygamists. Several of the grandkids are born with the Fumarate Aciduria genetic dysfunction. The immigrant grandfather ignores the history of the Fumarate Aciduria, and claims that he "never" had a history of births with Down Syndrome in his family. He prays to God for patience, as his local religious leaders are telling him to accept the challenge, because in the resurrection they are all going to be made perfect, if he only obeys the precepts of the LDS church during this "dispensation" (lifetime). No further information about the circulating genetic dysfunction is made available to newcomers to the State of Utah, not even from the Utah Department of Health and Human Services.

Scientific honesty is missing from the public conversation around the risks posed by passing the genetic dysfunction Fumarate Aciduria to the posterity of the descendants of the Utah Polygamists, even when the carriers may decide to settle and reproduce their offspring with uninformed sex partners in geographical areas that may be far away from their original incepted genetic problem in Utah.

In this sense, the Mormons behave differently from the Jewish culture, where the genetic dysfunction named, **Sickle-cell Anemia** proliferated after world antisemitism decimated the Jewish population through historical pogroms and mass exterminations that left the remaining Jewish population to reproduce within a small pool of breeding options, causing the Sickle-cell Anemia.

But, Jews do not keep that condition in secrecy. On the contrary, the Jewish Federation honestly publishes and discusses the hereditary condition through Jewish publications that anybody can read, with mental health advise and modern research studies as options given out to inform the carriers of the dysfunction. By contrast, the LDS Communities keep their self-inflicted genetic dysfunction as a mystery that many parents unfortunately find about rather too late.

With a world population of over seven billion human beings, the Mormon Prophets still refuse to prophecy the impending necessity for implementing and publishing scientific research studies and articles related to the existing genetic dysfunction that they generated by lying to the public about a genetic experiment that spanned 183 years now and is still counting. Passing on to unborn new humans the genetic dysfunction was created for greed, pride and vanity reasons only, is unethical and immoral. Forwarding the problem to uninformed new coming religious believers, while the coercive religious organization keeps them misinformed and demands to prove their faith by obedience and silence is simply put, a crime against humanity.

I have met men and women in Utah who opted for homosexual activity, young women under 30 who are willing to be sterilized, as they don't want to pass on their disabilities. I also know of cases of young people who committed suicide, after they discovered their risk of procreating genetic dysfunctions in their descendants. Their rationale is that, they do not want to pass on a genetic dysfunction to their offspring. Married gays not having a child in a polygamists' culture that is at risk of breeding defective babies, seems more honest than a faithful liar passing on the Fumarate Aciduria while not speaking of its existence to a faithfully uninformed sexual partner.

Meanwhile, the religion continues to invent secrecy reasons to stop the followers from questioning the cultic ideologies that have continued to be imposed on the population. Carriers of the dysfunction cannot make informed decisions on wether or not parenting new babies. In Utah, it is common to hear people say, "this sickness runs in my family…", but they continue reproducing for no other reasons than the doctrinal sexual and mind control imposed by the leaders.

## WOMEN AS "VESSELS" FOR FORCED HUMAN REPRODUCTION

In both Germany and the State of Utah, White women have been used as "vessels" to reproduce the white skin color, the blonde hair and the blue eyes. Their Germanic phenotype it is still being depicted in numerous images of Jesus Christ marketed by the LDS Church through books and other forms of indoctrinating propaganda that identifies their religion: Jesus is depicted as a blue-eyed Mormon missionary.

In Germany, the Lebensborn Nazi Program was not imposed as a religious choice meant to be kept in secret while practiced among small numbers of believers, as it happened in Utah. Reproducing babies for The Reich was an obligatory duty given to all women worthy of serving the Germanic Rule of Law.

## UTAH: INSTITUTES OF RELIGION BEFORE PUBLIC SCHOOL

All along in Utah, there has been an "Institute of Religion" besides every public school where the children have been forced to arrive two or three hours before official public school start. With school starting at 8:00 in the morning, the kids are forced to attend religious institute at 06:00 or earlier. Most teachings imposed on the children during those early hours are based on the dogmas pertaining to the Mormon religion, which has caused a massive mind control indoctrination in the population.

Such an imposition of dogma on children who actually should have attended school first thing in the morning, has been practiced for many generations, producing a culture of White Supremacists who honestly believe that they are better than Blacks or Indigenous People, because they were born "white and delightsome", as it was presented to the nations in earlier versions of the Book of Mormon. I believe to have read in one of the cultic studies reports that their racist ideology is no longer printed as blatantly in the Book of Mormon.

Efforts have been made by the LDS headquarters to sanitize their racist history that also carried so many elements of violence against women. But, even the leadership members of the "Genesis Group" for Mormons "of color" are not registering their contact information publicly, since these issues are too horrendous and incendiary, that the only mention of these subjects leads to angry defensiveness, or even death threats. It is hard to justify the religion that caused such high levels of racist and sexual harm in the many generations contained in 183 years of history, while keeping the public conversation silent and ignorant of the actual reality of racism and utilization of women as cattle in the name of Jesus Christ.

## VIOLENCE AGAINST WOMEN IN UTAH AND TODAY'S EUROPE

The Mormon culture in Utah remains racist and violent against women; particularly against women who are too articulate or become too visible through the means of their own intelligent expositions against assimilation by the ruling matrix of thought that is represented through orders given from the top down for all peoples who wish to be worthy to obey.

I had negative interactions with White Males inside Mormon Chapels of Salt Lake City. I was insulted by someone a White member of a local "Bishop's Quorum" in Salt Lake City, for being an immigrant to the United States. His anger was expressed in clear questions such as, "Why did you have to come to the United States?", "Why didn't you stay in your country?" "We have already too many people looking like you here!" When I outed my concern at the awkward situation, the responding bishop (a very well known Salt Lake City local lawyer) remained silent.

In today's European Union, violence against women has taken a different shape. Let us think for a moment about the conditions that the women in Europe had to survive, that led them to opt for not having many babies after the war (Europe's Post WWII problem of the Negative Population Growth):

## PROSTITUTES FOR THE GERMANIC REICH: CHOSEN WOMEN

While Mormon polygamy women were picked according to their race and level of faith in the dogma, the Germanic women were separated in three main groups, all under the sexual and mind control of The Third Reich. The following explains why the women in Europe became factually incapable of wanting to have children:

1. Women who married and had four children, received the Mother Cross — Women could only marry Nazis, after being given a certificate of racial purity. This group of women became mothers, had a household and lived happily thereafter with the children of their marriage, undisturbed by the presence of potential Lebensborn children brought to live along with their fathers' families.

2. Women were chosen to reproduce the Lebensborn Babies — These women were carefully selected according to eugenic regulations, measures of their physical and craniometric proportions, heritage, etc. They agreed to mingle with Nazi officials, become pregnant and give their babies to the Lebensborn Program after birth. The mothers committed to never look for further contact to their children. They received a monetary compensation for the work well done.

3. <u>Women were assigned as prostitutes to the Nazi Military Brothels</u> — Another way in which women served the Reich was as prostitutes in the military brothels, because healthy soldiers needed to have regular good sex. There are plenty of references about the numbers of contagion of sexually transmitted diseases that came out of this activity in Germany. Women in this group often had to undergo forced sterilization.

## DESTINY OF THE LEBENSBORN CHILDREN IN NORWAY

At the end of the war, the babies of the Lebensborn Program went through an uncertain path to survival. Some of the Lebensborn babies were adopted by U.S., French or British families, acquired a new name and left the scene. But, not all the kids of the Lebensborn were as lucky. In Norway, these children had to face a bitter life, after the  Nazis were defeated.

When the war was violently ended by the Allied Forces, Norwegians did not want to keep the Lebensborn Nazi children in their country. They imagined that the children would become Nazis if they grew up. They considered the Norwegian women who reproduced those babies worse than sluts. Norwegians expected the Germans to take those children along to Germany.

When the Nazis did not take the Lebensborn children they had incepted with the Norwegian women to Germany, the Norwegian Children Of The Lebensborn Program were sent to shelters where the carers treated them with hate for their whole lives. The children were maltreated, sexually assaulted, physically and mentally hurt, in the silence of the Norwegian authorities. There is still an open lawsuit by the Children of the Lebensborn in Norway against their government, but the Norwegian government pays no attention to their claims. Their revelations, often translated to English, can be seen in YouTube.

Many people still ignore that "Frida", the dark-haired singer of the Swedish music group ABBA, was also a child of the Lebensborn Program. She was rescued by her own mother, who gave her in adoption to a Swedish family, so she did not have to suffer public scorn in Norway. It seems that Frida stopped singing when she finally met her true Nazi father in person. The similitudes in their physiognomies were astounding. Frida hasn't been too public since.

Central Europe has been traumatized by state forms of mass-sexualization and sexual control since long. One such organs of mass manipulation is the infamous

"Sozial Psychiatrischer Dienst" (Social-Psychiatric Service), that placed women under forced sterilization, lobotomies, mind control and their extermination. This is why the notion of families has died away in Europe, causing the problem of negative population growth, that remained in the negative numbers after WWII.

In Utah, young people are suffering from massive forms of drug addiction and depression. Suicides run high in the Mormon State. Unwanted born children are fluctuating around in the foster parenting system of the state. Thanks to a few grassroots organizations, the problem has become now publicly known. Homosexual teens are working on their own salvation by creating their own safe houses with government funding, after their parents kicked them out for being gays.

## E.U. EFFORTS TO OVERCOME NEGATIVE POPULATION GROWTH

Today, the leaders of the European Union have conceived another radical mass measure of sexual intervention hoping to increase the European Union's birth rates: They incepted free immigration for very aggressive and sexually active unaccompanied males from the Arab and African Countries. These men, who come from cultures where child abuse and even zoophilia are practiced, arrive to Europe without their wives.

The collapse between cultures became manifest when the European women, who had been taught to take sun baths naked in the parks (Freie Korper Kultur, or FKK meaning "free body culture", a tradition of public nudity also cultivated in Nazi Germany), found themselves mass-raped and even killed by African and Arab immigrants who see in their nudity both a sin and an invitation to free sex.

Mass miscegenation through violence is being enforced in the European Union by political forces that see no other remedy to the low birth rates in the European nation states, than importing the most aggressive alpha males from among the cultures, even at the cost of violent incidents and murders that remain broadly underreported by the mainstream E.U. media, and ignored by the governmental agencies that promote the intervention.

The situation that has been created in Europe is as unfair as is in Utah the passing of the Fumarate Aciduria Genetic Dysfunction to uninformed newcomers without warning those recipients, while expecting them to obey and remain silent, in which case one can no longer speak alone of spiritual fraud, but also of a crime against

humanity. No one should be invited to intermarry a person who carries a dysfunction that may risk the health of the upcoming progenies. when miscegenation occurs.

In the European Union, lack of cohesion remains a problem between nation states. The current forced miscegenation through rape and violence against the European women makes it impossible for the people in the nation states to organize against such a large scaled politically imposed genetic intervention on an already sexually traumatized and exhausted White population.

In Utah, the pyramidal food chain that produces the politics of religious pressure continues degenerating in mass depression, hard drugs consumption, self-sterilization of young women, and atheism. Such is the peoples' response to 183 years of delusional eugenic inspirations in the name of Jesus Christ, given to some White Males by a White God who factually damaged his own chosen folks' genetic evolution.

The Mormons continue opening expensive buildings as temples in the European Union, where the lack of faith has reached such high levels of disinterest, that most of the buildings that were once gatherings for those who believed in Jesus Christ, are now being demolished.

As I was gathering notes for this document, I was sitting in Utah, waiting for an appointment. One of the front desk ladies stood up at me, with the following demand: "You shall not sit in this area!" - I calmly responded, that her colleague had said I should sit in the area. To this, the angry White woman reacted by saying, "Well, I am letting you sit here for now, and next time you sit there!" - The front desk person did not address my by name, although she had me as a client. She also quoted the counselor: "X doesn't want you to sit here!" Such behaviorisms are imbued in the people of Utah, because they have been raised up in a culture that taught them that… "Blacks are uncouth" (the Mormon doctrines have been teaching this for almost two hundred years).

Even recent LDS General authorities have been broadcasting such a horrific racist ideology as "God's message" through international conferences that have been translated to other languages. Any review of the speeches by Mormon General Authority Ezra Taft Benson against people of color, explains how virulently the hate against those who are different still functions among the "White and delightsome."

In Germany, racism and genetic control ended with public exposure when the Nazis lost the war. In Utah, the people continue carrying on their prejudice against non-Whites, as the religion demands not only obedience, but also unconditional silence. So life unfolds in a coercive social construct, that keeps benefiting White Supremacy as mandated by their own, self invented, "White and delightsome" God. ("white and delightsome" cited from the original Book of Mormon).

Although race discrimination based on religious ideology has been technically banned from the official LDS doctrine in Utah, the harms of 183 years of mystical race indoctrination are still visible. The masses have been indoctrinated since a very early age to believe what their religious authorities proclaimed. Since the religious authorities persisted in speaking messages intended to segregate the people of color, the population has been strangely tamed to exclude and to remain silent and response less to the existence of racial ideology (acts of ostracism) or sexual ideology (polygamy) when these reappear.

The purpose of legal immigration of a refugee escaping persecution should not be to keep running from persecution, also in the country of asylum. Instead, measures could be identified to help that person to reach the safety of a life without fear in the respect of the goodness that such a person has to give.

In Utah, race ideology was mainly necessary for the Genetic Experiment of Mystically-based Polygamy to succeed, with the goal of augmenting the population of Whites in the area while terminating all possible chances of equal access for the Native Americans and Blacks that had been carefully excluded through a religious doctrine that could not be contested. Without a mind-controlling doctrine that chastised Blacks and Native Americans, the effort of reproducing "White and delightsome" babies would have become endangered by the presence of Alpha Males from the other ethnicities.

In Germany, race ideology was necessary for the Genetic Experiment of the Lebensborn Nazi Program to succeed in augmenting the diminishing population of Aryans. Terminating with the Jews, who had become economically and culturally integrated to the German culture, was an impending necessity, as to prevent the White women from falling in love and procreating babies with the Semitic ethnicities.

The similarities are also visible in the necessity of the masses of Germans and Mormons to follow a charismatic leadership alleged to know better how to lead the flocks through their despair into a promised land.   Why the Mormons were not

forbidden through Nazi Germany? History and Science are public knowledge that often remains veiled by the lack of originality of religious fanaticism, mass blinding superstition and the interests of the religious elites that insist in not being exposed for fear from economic losses.

## TIMETABLE: A TRAVESTY OF POLYGAMY IN RACIAL SEGREGATION

While the Lebensborn Nazi Program in Germany lasted barely ten years, the Mormons' Polygamy has continued since 1835 until this day: 183 years old in 2018 (sources: LDS Website and a History Database).

| | |
|---|---|
| **1835** | **Joseph Smith married his first plural wife** |
| 1843 | Section 132 of Doctrine and Covenants was recorded, after Joseph Smith received a revelation to institutionalize Polygamy |
| 1852 to 1890 | Polygamy was openly practiced in Utah |
| 1904 | As a result of Federal Pressures, a fragment of the Utah culture, self-named The Latter Days Saints, prohibited Polygamy, but the practice wasn't legally banned. The polygamist families could stay together until they died, and they continued multiplying and raising their offspring in the sexual practices. New polygamist families adhered to a different denomination in Utah, the Fundamentalist Latter Days Saints. The practice wasn't criminalized or forbidden. The authorities simply look in the other direction when faced with the existence of polygamy. The prohibition of Polygamy in Utah was hence a legalistic travesty that disguised the massive sexual control of the population by a theocratic ruling elite. |
| **1935** | **December 12, the Lebensborn Nazi Program was started in Munich, Germany (hundred years after Polygamy started in Utah)** |
| **1945** | **The Lebensborn Nazi Program ended with the defeat of the Nazis in WWII.** The sexual plunder of the Germanic women was legally forbidden and publicly exposed in many languages. Although the Nazi Brothels were forbidden, Prostitution remained legal.  Estimate number of babies born in the Lebensborn Nazi Program: 7,500. Negative Population Growth (no desire to have babies) after WWII came as a collective reaction of the European women to the mass assault they survived under the Nazis. |
| **2018** | **Polygamy is still not criminalized in Utah.** White offspring genetically and ideologically related to the Mormons' Polygamy: Most of the White State Population |

**BIBLIOGRAPHY (GOVERNMENT DOCUMENT DEPOSITORY):**

**Juliette's Law** - age of consent was lowered to age 15 in Utah, as to allow for Mormons' Polygamy to include minors. If a girl or boy in Utah is involved in premarital sex at a lower age than 15, then it's regular rape. If they're at least 15, if they have their parents consent, then it is legal. If the parents do not consent, it is considered Statutory Rape. Essentially, this law exists so that the Polygamists can marry children.

**Quotes by Adolf Hitler against other races** - —

**Quotes by Mormon Leaders against other races** - —